AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Maughmer, John T. | U.S.D.C., W.D. MO | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Charles Evans Whittaker U.S. Courthouse
400 E. 9th St., Room 7662
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of attorney #1 | For ▒▒▒▒▒▒ |
| 2. | Power of attorney #2 | For ▒▒▒▒▒▒ |
| 3. | Power of attorney #3 | For ▒▒▒▒▒▒ |
| 4. | Managing Member - Self | ▒▒▒▒▒▒ |
| 5. | Managing Member - Spouse | Romancing the Gowns, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/1/12 | ▒▒▒▒▒▒ - Self - Operating Agreement |
| 2. | 1/1/12 | Romancing the Gowns, LLC - Spouse - Operating Agreement |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1-31/12 | David's Bridal - Sales |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 2. Citibank (name changed from Smith Barney Bank Deposits) | A | Dividend | J | T | | | | | |
| 3. Farm House purchased 01/95 for $76,000 in ▓▓▓▓ | B | Rent | M | R | | | | | |
| 4. Vodaphone Group PLC Sponsor ADR | A | Dividend | J | T | | | | | |
| 5. Verizon Communications | A | Dividend | J | T | | | | | |
| 6. Northwestern Mutual Life Insurance Co. | A | Dividend | J | T | | | | | |
| 7. Dreyfus Liquid Assets | A | Dividend | J | T | | | | | |
| 8. Cambair Small Cap Fund | A | Dividend | J | T | | | | | |
| 9. Eaton Vance Large Cap Value Fund | A | Dividend | | | Sold | 04/12/12 | K | A | |
| 10. Eaton Vance Commodity Strategy Fund | A | Dividend | J | T | Buy | 11/09/12 | J | | |
| 11. | | | J | T | Buy | 08/24/12 | J | | |
| 12. Eaton Vance Income Fund | A | Dividend | K | T | Buy | 08/24/12 | J | | |
| 13. Blackrock Inflation Protected Bond Portfolio | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 14. Goldman Sachs Absolute Return Fund | A | Dividend | K | T | | | | | |
| 15. ING Global Real Estate Fund | A | Dividend | J | T | | | | | |
| 16. Ivy Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 17. JP Morgan Dynamic Small Cap Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mainstay Large Cap Growth Fund | B | Dividend | K | T | Buy | 11/15/12 | J | | |
| 19. | | | | | Sold (part) | 04/18/12 | J | A | |
| 20. Managers AMG Systematic Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 21. Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Buy | 04/18/12 | J | | |
| 22. | | | | | Sold (part) | 08/24/12 | K | A | |
| 23. Pimco Emerging Local Bond Fund | A | Dividend | | | Sold | 04/13/12 | J | A | |
| 24. Rydex SGI Managed Futures Strategy Fund | A | Dividend | | | Sold | 12/19/12 | J | A | |
| 25. Thornburg International Value Fund | A | Dividend | K | T | Buy | 08/24/12 | J | | |
| 26. | | | | | Buy | 11/09/12 | J | | |
| 27. Templeton Global Bond Fund | A | Dividend | | | Sold | 04/13/12 | J | A | |
| 28. Virtus Emerging Markets Opportunities Fund | B | Dividend | K | T | Sold (part) | 11/19/12 | J | A | |
| 29. AQR Managed Futures Strategy I | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 30. Legg Mason WA Emerging Mkt Debt I | A | Dividend | J | T | Buy | 04/13/12 | J | | |
| 31. Nuveen NWQ Large Cap Value I | A | Dividend | K | T | Buy | 04/13/12 | K | | |
| 32. Pimco Short Term P | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 33. | | | | | Sold (part) | 11/09/12 | J | A | |
| 34. Pimco Foreign Bond US Hedged P | A | Dividend | J | T | Buy | 08/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▢▢▢▢▢▢ (X) | A | Rent | M | U | | | | | |
| 36. Romancing the Gowns, LLC | A | Distribution | J | U | Open | 01/01/12 | J | | |
| 37. Citibank (name change fromSmith Barney Bank Deposit - POA #1 | B | Dividend | L | T | | | | | |
| 38. Centurytel, Inc. - POA #1 | A | Dividend | J | T | | | | | |
| 39. El DuPont De Nemours & Co - POA #1 | A | Dividend | J | T | | | | | |
| 40. Calamos Stretegic Total Return Fund - POA #1 | B | Distribution | K | T | | | | | |
| 41. Cohen & Steers Quality Income Realty Fund - POA #1 | A | Dividend | J | T | | | | | |
| 42. Pimco Commodity Real Return Strategy Fund - POA #1 | B | Dividend | | | Sold | 03/30/12 | J | A | |
| 43. Vanguard Morgen Growth Fund - POA #1 | A | Dividend | J | T | | | | | |
| 44. BankAmerica Corp. Bonds-POA #1 | B | Int./Div. | J | T | | | | | |
| 45. Marshall & Illsey Bond - POA #1 | A | Int./Div. | J | T | | | | | |
| 46. United Missouri Bank (account) - POA #1 | A | Int./Div. | K | T | | | | | |
| 47. Hillcrest Bank (account) Bank Midwest (name change) - POA #1 | A | Int./Div. | J | T | | | | | |
| 48. North American Savings Bank (account) - POA #1 | C | Int./Div. | M | T | | | | | |
| 49. MO State Health & Education Facility Authority Bonds - POA 1 | A | Int./Div. | J | T | | | | | |
| 50. Cambair Small Cap Fund - POA #1 | A | Dividend | J | T | | | | | |
| 51. Blackrock Inflation Protected Bond Portfolio Fund - POA #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Commodity Strategy Fund - POA #1 | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 53. | | | J | T | Buy | 11/09/12 | J | | |
| 54. Eaton Vance Large Cap Value Fund - POA #1 | A | Dividend | | | Sold | 04/13/12 | K | A | |
| 55. Eaton Vance Income Fund - POA #1 | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 56. | | | | | Sold (part) | 11/09/12 | J | A | |
| 57. Goldman Sachs Absolute Return Fund - POA #1 | A | Dividend | K | T | Buy | 04/13/12 | J | | |
| 58. ING Global Real Estate Fund - POA #1 | A | Dividend | J | T | | | | | |
| 59. Ivy Mid Cap Growth Fund - POA #1 | A | Dividend | J | T | | | | | |
| 60. JP Morgan Dynamic Small Cap Growth Fund - POA #1 | A | Dividend | J | T | | | | | |
| 61. Mainstay Large Cap Growth Fund - POA #1 | A | Dividend | K | T | Buy | 11/09/12 | J | | |
| 62. Managers AMG Systematic Mid Cap Value Fund - POA #1 | A | Dividend | J | T | | | | | |
| 63. Metropolitan West Total Return Bond Fund - POA #1 | B | Dividend | K | T | Buy | 04/13/12 | K | | |
| 64. | | | | | Sold (part) | 08/24/12 | K | A | |
| 65. | | | | | Sold (part) | 11/09/12 | J | A | |
| 66. Pimco Emerging Local Bond Fund - POA #1 | A | Dividend | | | Sold | 04/13/12 | J | A | |
| 67. Rydex SGI Managed Futures Strategy Fund - POA #1 | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 68. Templeton Global Bond Fund - POA #1 | A | Dividend | | | Sold | 04/13/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Thornburg International Valve Fund - POA #1 | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 70. | | | J | T | Buy | 11/09/12 | J | | |
| 71. Vitrus Emerging Markets Opportunities Fund - POA #1 | A | Dividend | J | T | Sold (part) | 11/09/12 | J | A | |
| 72. AQR Managed Futures Strategy 1 - POA #1 | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 73. Blackrock Global Allocation - POA #1 | A | Dividend | K | T | Buy | 03/05/12 | K | | |
| 74. Legg Mason WA Emerging MKT Debt 1 - POA #1 | A | Dividend | J | T | Buy | 04/13/12 | J | | |
| 75. | | | | | Buy | 08/24/12 | J | | |
| 76. Nuveen NWQ Large Cap Valve 1 - POA #1 | A | Dividend | J | T | Buy | 04/13/12 | J | | |
| 77. Pimco Foreign BD US Hedged P - POA #1 | A | Dividend | J | T | Buy | 04/13/12 | J | | |
| 78. | | | | | Sold (part) | 08/24/12 | J | A | |
| 79. Pimco Short Term P - POA #1 | A | Dividend | J | T | Buy | 8/24/12 | J | | |
| 80. | | | | | Sold (part) | 11/09/12 | J | A | |
| 81. Principal GLB Rivers Inc - POA #1 | A | Dividend | K | T | Buy | 03/05/12 | K | | |
| 82. Farm Land, ▮▮▮ MO, POA 2 & 3 (Y) | | | | | | 10/01/12 | N | A | |
| 83. Centurion (annuity) - POA 2 and 3 | A | Int./Div. | K | T | | | | | |
| 84. Bank of the West (accounts) - POA 2 & 3 | A | Int./Div. | J | T | | | | | |
| 85. 1st Bank of Missouri - POA 2 & 3 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Adrian Bank (accounts) - POA 2 & 3 | A | Int./Div. | J | T | | | | | |
| 87. | Bank Midwest (accounts) - POA 2 & 3 | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Maughmer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544